Rebecca R. Dunnan (DC Bar No. 90019733)
Email: DunnanR@sec.gov
Telephone: (202) 551-3813
Facsimile: (703) 420-6032

H. Norman Knickle (RI Bar No. 4957)
Email: KnickleN@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington DC 20549

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPER, LLC,<br><br>Defendants. | Case No. 2:24-cv-00707-JCM-MDC<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY H. NORMAN KNICKLE** |

    Pursuant to Local IA 11-3, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that this honorable Court admit the undersigned government attorney, H. Norman Knickle, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

1 | Ms. Knickle is an attorney with the SEC, an agency of the federal government. Ms. Knickle is a member in good standing of the State Bar of Rhode Island (Bar No. 4957). Mr. Knickle's contact information is:

> H. Norman Knickle
> Securities and Exchange Commission
> 100 F Street, NE
> Washington, DC 20549
> Phone: (202) 551-5907
> Email: knicklen@sec.gov

Accordingly, the SEC respectfully requests that this honorable Court admit H. Norman Knickle to practice in the District of Nevada for the duration of his employment of the SEC.

Dated: April 21, 2024

*s/ H. Norman Knickle*
H. Norman Knickle
Attorneys for Plaintiff
Securities and Exchange Commission

**IT IS SO ORDERED**

DATED: April 24, 2024.

_____
UNITED STATES DISTRICT JUDGE

2