**KEMP JONES, LLP**
J. Randall Jones, Esq., SBN 1927
r.jones@kempjones.com
Spencer H. Gunnerson, Esq., SBN 8810
s.gunnerson@kempjones.com
Chad Aronson, Esq., SBN 14471
c.aronson@kempjones.com
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

**BERLINER CORCORAN & ROWE LLP**
Willam F. Coffield, Esq.,
(Motion for Admission *Pro Hac Vice* forthcoming)
wcoffield@bcrlaw.com
Melvin White, Esq.,
(Motion for Admission *Pro Hac Vice* forthcoming)
mwhite@bcrlaw.com
Jared R. Butcher, Esq.,
(Motion for Admission *Pro Hac Vice* forthcoming)
mwhite@bcrlaw.com
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 293-5555

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-00707-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**[FIRST REQUEST]** |

-1-

1610469018

Plaintiff United States Securities and Exchange Commission ("Plaintiff") commenced this action on April 11, 2024.  On April 19, 2024, pursuant to the SEC's request to waive service of the summons, each of Defendants LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC (collectively "Defendants"), filed a Waiver of the Service of Summons ("Waivers"). (ECF No. 2).  Pursuant to the Waivers, Defendants were required to file their answers or motions under Fed. R. Civ. P. 12 by June 17, 2024. *Id.*

Late last week, Defendants retained the undersigned defense counsel.  Defendants now seek a 30-day extension of time to file their answers or motions under Rule 12.  After consultation among counsel, Plaintiff consented to Defendants' extension request on the condition that Defendants consent that Plaintiff shall have 30 days to file its points and authorities in response to any Rule 12 motion(s) Defendants may file.

# I.

# **STIPULATION**

In view of the foregoing, Plaintiff and Defendants agree and stipulate, subject to the Court's approval, that (i) the time for Defendants to file their answers or Rule 12 motions shall be extended to July 17, 2024, and (ii) if Defendants respond to the Complaint by filing a Rule 12 motion(s), Plaintiff's time to file its points and authorities in response to such motion(s) shall be extended from 14 days to 30 days.

/ / /

/ / /

/ / /

1610469018

| | |
|---|---|
| /s/     Chad Aronson | /s/     Rebecca R. Dunnan |
| J. RANDALL JONES, ESQ., SBN 1927<br>SPENCER H. GUNNERSON, ESQ., SBN 8810<br>CHAD ARONSON, ESQ., SBN 14471<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>Email: r.jones@kempjones.com<br>s.gunnerson@kempjones.com<br>c.aronson@kempjones.com | REBECCA R. DUNNAN, ESQ.<br>H. NORMAN KNICKLE, ESQ.<br>SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE<br>Washington DC 20549<br>Telephone: (202) 551-3813 (Dunnan)<br>Email:  dunnanr@sec.gov knicklen@sec.gov<br><br>*Attorneys for Plaintiff* |

WILLAM F. COFFIELD, ESQ.,
(Motion for Admission *Pro Hac Vice* forthcoming)
MELVIN WHITE, ESQ.,
(Motion for Admission *Pro Hac Vice* forthcoming)
JARED R. BUTCHER, ESQ.,
(Motion for Admission *Pro Hac Vice* forthcoming)
BERLINER CORCORAN & ROWE LLP
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 293.5555
Email: coffield@bcrlaw.com
mwhite@bcrlaw.com
jbutcher@bcrlaw.com

*Attorneys for Defendants*

1610469018

## II.

## ORDER

Based on the foregoing stipulation by the Parties, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to Extend Deadlines is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' response to Plaintiff's Complaint shall be extended until **July 17, 2024.** Should Defendants respond to the Complaint by filing a Rule 12 motion(s), Plaintiff's deadline to file an Opposition shall be extended to 30 days (rather than 14 days) after Defendants' service and filing of the Rule 12 motion(s).

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 6/21/2024

1610469018