Rebecca R. Dunnan (DC Bar No. 90019733)
Email: DunnanR@sec.gov
Telephone: (202) 551-3813
Facsimile: (703) 420-6032

H. Norman Knickle (RI Bar No. 4957)
Email: KnickleN@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-00707-JCM-MDC<br><br>**STIPULATION AND ORDER TO CLARIFY DEADLINES** |

Plaintiff United States Securities and Exchange Commission ("SEC") commenced this action on April 11, 2024. On April 19, 2024, pursuant to the SEC's request to waive service of the summons, each of Defendants LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC (collectively "Defendants"), filed a Waiver of the Service of Summons ("Waivers"). (ECF No. 2). Pursuant to the Waivers, Defendants were required to file their answers or motions under Fed. R. Civ. P. 12 by June 17, 2024. *Id.*

-1-

On June 17, 2024, the Plaintiff and Defendants entered into a Stipulation for Extension of Time (First Request) ("Stipulation") agreeing—subject to the Court's approval—to extend the Defendants' deadline to file answers or motions under Fed. R. Civ. P. 12 to July 17, 2024. (ECF No. 5). In the same Stipulation, the parties agreed to allow Plaintiff "30 days to file its points and authorities in response to any Rule 12 motion(s) the Defendants may file." *Id*. On June 21, 2024, the Court issued an Order granting the Stipulation in its entirety. (ECF No. 7).

On July 17, 2024, the Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12. (ECF No. 14). The docket entry populated the Plaintiff's response due date as July 31, 2024. *Id*.

## I.

## **STIPULATION**

In view of the foregoing, Plaintiff and Defendants agree and stipulate, subject to the Court's approval, that consistent with the Court's Order dated June 21, 2024 (ECF No. 7), Plaintiff's time to file its points and authorities in response to Defendants' Motion to Dismiss shall be extended from July 31, 2024 to August 16, 2024.

//
//
//
//
//
//
//
//
//
//
//
//
//

-2-

| | |
|---|---|
| /s/ Rebecca R. Dunnan<br>Rebecca R. Dunnan<br>Trial Counsel<br>H. Norman Knickle<br>Senior Counsel<br>(Admitted *Pro Hac Vice*)<br>Securities And Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549<br>Telephone: (202) 551-3813 (Dunnan)<br>Facsimile: (702) 420-6032 (Dunnan)<br>Email: dunnanr@sec.gov<br>knicklen@sec.gov<br><br>*Attorneys for Plaintiff* | /s/ Melvin White, Esq.<br>WILLAM F. COFFIELD, ESQ.,<br>(Admitted *Pro Hac Vice*)<br>MELVIN WHITE, ESQ.,<br>(Admitted *Pro Hac Vice*)<br>JARED R. BUTCHER, ESQ.,<br>(Admitted *Pro Hac Vice*)<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street, NW, Suite 1100<br>Washington, D.C. 20036<br>Telephone: (202) 293.5555<br>Email: coffield@bcrlaw.com<br>mwhite@bcrlaw.com<br>jbutcher@bcrlaw.com<br><br>J. RANDALL JONES, ESQ., SBN 1927<br>SPENCER H. GUNNERSON, ESQ., SBN 8810<br>CHAD ARONSON, ESQ., SBN 14471<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>Email: r.jones@kempjones.com<br>s.gunnerson@kempjones.com<br>c.aronson@kempjones.com<br><br>*Attorneys for Defendants* |

## II.

## **ORDER**

Based on the foregoing stipulation by the Parties, and for good cause appearing,

**IT IS HEARBY ORDERED** that the parties Stipulation to Clarify Deadlines is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's deadline to file an Opposition to the Defendant's Motion to Dismiss shall be extended until **August 16, 2024**.

**IT IS SO ORDERED:**

_____
**Hon. Maximillano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE**

**DATED: 7/31/24**

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    100 F STREET NE, WASHINGTON, D.C. 20549
    Telephone No. (202) 551-3813; Facsimile No. (703) 420-6032.

On July 29, 2024, I caused to be served the document entitled **STIPULATION AND ORDER TO CLARIFY DEADLINES** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: July 29, 2024                                */s/ Rebecca R. Dunnan*
                                                    Rebecca R. Dunnan
                                                    *Counsel for Plaintiff*