J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
SPENCER H. GUNNERSON, ESQ., SBN 8810
s.gunnerson@kempjones.com
MADISON S. FLORANCE, ESQ., SBN 14229
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

WILLIAM F. COFFIELD, ESQ.,
(Admitted *Pro Hac Vice*)
wcoffield@bcrlaw.com
MELVIN WHITE, ESQ.,
(Admitted *Pro Hac Vice*)
mwhite@bcrlaw.com
JARED R. BUTCHER, ESQ.,
Admitted *Pro Hac Vice*)
jbutcher@bcrlaw.com
BERLINER CORCORAN & ROWE LLP
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 293-5555

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br>　vs.<br>LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC,<br>　　　　Defendants. | Case No. 2:24-cv-00707-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**[SECOND REQUEST]** |

On August 16, 2024, Plaintiff Securities and Exchange Commission ("SEC") filed its Memorandum of Points and Authorities in Opposition to Defendants Lixin Azarmehr; JL Real Estate Development Corporation; Nevada Skilled Nursing Lender, LLC; and Nevada Skilled Nursing Development, LLC's Motion to Dismiss the Complaint. (ECF No. 19). The parties have agreed, subject to the Court's approval, to extend the time for Defendants' to file their Reply brief by seven days to 14 days (from August 23, 2024 to August 30, 2024).

## I.

## **STIPULATION**

Plaintiff and Defendants hereby agree and stipulate, subject to the Court's approval, that the time for Defendants to file their Reply brief in support of their Motion to Dismiss shall be extended from seven days to 14 days (from August 23, 2024 to August 30, 2024).

Dated: August 19, 2024

*/s/ Spencer Gunnerson*
J. RANDALL JONES, ESQ., SBN 1927
SPENCER H. GUNNERSON, ESQ., SBN 8810
MADISON S. FLORANCE, ESQ., SBN 14229
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Email: r.jones@kempjones.com
s.gunnerson@kempjones.com
m.florance@kempjones.com

WILLAM F. COFFIELD, ESQ.,
(Admitted *Pro Hac Vice*)
MELVIN WHITE, ESQ.,
(Admitted *Pro Hac Vice*)
JARED R. BUTCHER, ESQ.,
(Admitted *Pro Hac Vice*)
BERLINER CORCORAN & ROWE LLP
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 293.5555
Email: wcoffield@bcrlaw.com
mwhite@bcrlaw.com
jbutcher@bcrlaw.com

*Attorneys for Defendants*

Dated: August 19, 2024

*/s/ Rebecca R. Dunnan*
REBECCA R. DUNNAN, ESQ.
H. NORMAN KNICKLE, ESQ.
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington DC 20549
Telephone: (202) 551-3813 (Dunnan)
Email: dunnanr@sec.gov
knicklen@sec.gov

*Attorneys for Plaintiff*

1

## II.

## ORDER

Based on the foregoing stipulation by the Parties, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to Extend Deadline (Second Request) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Defendants to file their Reply brief in support of their Motion to Dismiss shall be extended to August 30, 2024.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 8/21/24

2