AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

Securities and Exchange Commission
                        Plaintiff(s),

V.

Lixin Azarmehr, et al.
                        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-00707-JCM-MDC

Notice is hereby given that, subject to approval by the court, **Lixin Azarmehr, et al. (all defendants)** substitutes
(Party (s) Name)

**Mark S. Dzarnoski, Esq.** , State Bar No. **3398** as counsel of record in
(Name of New Attorney)

place of **J. Randall Jones, Esq., Spencer H. Gunnerson, Esq., Madison S. Florance, Esq.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Clark Hill, PLLC |
| Address: | 1700 S. Pavilion Center Drive, Ste. 500, Las Vegas NV 89135 |
| Telephone: | (702) 862-8300     Facsimile (702) 778-9709 |
| E-Mail (Optional): | mdzarnoski@clarkhill.com |

I consent to the above substitution.
Date: 1/28/2025
                                (Signature of Party)

I consent to being substituted.
Date: 1/31/25
                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/28/2025
                              /s/ Mark S. Dzarnoski, Esq.
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/5/2025

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]