REBECCA R. DUNNAN, ESQ.*
H. NORMAN KNICKLE, ESQ.*
*Admitted *Pro Hac Vice*
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549
(202) 551-3813 (Dunnan)
(202) 551-5907 (Knickle)
Email: Dunnanr@sec.gov
KnickleN@sec.gov

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>LIXIN AZARMEHR, JL REAL ESTATE DEVELOPMENT CORPORATION, NEVADA SKILLED NURSING LENDER, LLC, and NEVADA SKILLED NURSING DEVELOPMENT, LLC,<br><br>Defendants. | CASE NO. 2:24-CV-00707-JCM-MDC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO APPROVE CONSENTS AND FINAL JUDGMENT AS TO ALL DEFENDANTS** |

Plaintiff Securities and Exchange Commission (the "SEC" or the "Commission") hereby moves the Court to approve the attached Consents as to Defendants Lixin Azarmehr ("Azarmehr"), JL Real Estate Development Corporation ("JL REDC"), Nevada Skilled Nursing Lender, LLC ("Lender"), and Nevada Skilled Nursing Development, LLC ("Developer") (collectively, the "Defendants"). In support of this Motion, the Commission states as follows:

1. The Commission filed this case on April 11, 2024 alleging that the Defendants had engaged in various violations of the federal securities laws.

2. The Commission has reached a settlement with all Defendants.

3. Azarmehr has executed a Consent in this case ("Azarmehr Consent") by which she consents to, among other things, the jurisdiction of this Court and entry of an agreed Final Judgment ("Final Judgment") without a hearing, argument, or adjudication of any fact or law. The Azarmehr Consent and the Final Judgment are attached hereto as Exhibits A and E, respectively.

4. Azarmehr has also executed a Consent in this case on behalf of JL REDC ("JL REDC Consent") by which JL REDC consents to, among other things, the jurisdiction of this Court and entry of an agreed Final Judgment without a hearing, argument, or adjudication of any fact or law. The JL REDC Consent and the Final Judgment are attached hereto as Exhibits B and E, respectively.

5. Azarmehr has also executed a Consent in this case on behalf of Lender ("Lender Consent") by which Lender consents to, among other things, the jurisdiction of this Court and entry of an agreed Final Judgment without a hearing, argument, or adjudication of any fact or law. The Lender Consent and the Final Judgment are attached hereto as Exhibits C and E, respectively.

6. Finally, Azarmehr has also executed a Consent in this case on behalf of Developer ("Developer Consent") by which Developer consents to, among other things, the jurisdiction of this Court and entry of an agreed Final Judgment without a hearing, argument, or adjudication of any fact or law. The Developer Consent and the Final Judgment are attached hereto as Exhibits D and E, respectively.

7. The Final Judgment permanently restrains and enjoins the Defendants from violating Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §

78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] and Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)].

8. As to monetary relief, the Final Judgment orders JL REDC to pay disgorgement in the amount of $500,000.00 with prejudgment interest thereon in the amount of $200,000.00, and a civil penalty of $500,000.00. Additionally, the Final Judgment orders Azarmehr to pay a civil penalty of $75,000.00.

9. Finally, the Final Judgment also restrains and enjoins Defendants for a period of 10 years, from participating in the offer or sale of any security which constitutes, or is promoted as constituting, a qualifying investment in a "commercial enterprise" under the United States Government EB-5 visa program administered by the U.S. Citizenship and Immigration Service.

10. The entry of the Final Judgment would resolve all remaining issues before the Court in this matter.

11. Accordingly, the undersigned respectfully requests the Court enter the Final Judgment and administratively close this case.

WHEREFORE, the parties respectfully request that the Court enter the attached proposed Final Judgment as to the Defendants.

**Dated:**   September 4, 2025

By: */s/ Rebecca R. Dunnan*
Rebecca R. Dunnan*
H. Norman Knickle*
*Admitted *Pro Hac Vice*
Attorneys for Plaintiff
Securities and Exchange Commission

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

 U.S. SECURITIES AND EXCHANGE COMMISSION,
 100 F STREET NE, WASHINGTON, DC 20549
 Telephone No. (202) 551-3813; Facsimile No. (703) 420-6032.

On September 4, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO APPROVE CONSENTS AND FINAL JUDGMENT AS TO ALL DEFENDANTS** on all the parties to this action addressed as stated on the attached service list:

☐  **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐  **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Washington, DC, with Express Mail postage paid.

☐  **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐  **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Washington, DC.

☐  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the following electronic mail addresses.

☒  **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

 I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2025

                 */s/ Rebecca R. Dunnan*
                 Rebecca R. Dunnan